IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01190-REB-MEH

STACY GERHARDS, and
ANTHONY GERHARDS,

    Plaintiffs,

v.

WASHINGTON MUTUAL BANK,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 9, 2008.**

    Plaintiffs' Second Motion to Amend Complaint [filed June 6, 2008; doc. #6] is **granted**. The Court will accept for filing the document titled "Amended Complaint at Law and Jury Demand" found at docket #1-7, pages 5-9. Defendant shall file an answer or other response **on or before June 26, 2008**.

    In addition, the Clerk of the Court is directed to amend the docket to reflect the proper defendant, Washington Mutual Bank.